NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOHN KYLE SAFRON, DOC #Y33072,   )
   )
     Appellant,   )
   )
v.   )   Case No. 2D17-4984
   )
STATE OF FLORIDA,   )
   )
     Appellee.   )
_____)

Opinion filed December 21, 2018.

Appeal from the Circuit Court for Manatee
County; Susan Maulucci, Judge.

Ajay Pallegar of Pallegar Law, Sarasota,
for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Chelsea S. Alper,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


     Affirmed.


KHOUZAM and BADALAMENTI, JJ., and CASE, JAMES R., ASSOCIATE SENIOR
JUDGE, Concur.